# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 6:15-cr-252-01 |
| VERSUS | JUDGE MINALDI |
| JERMEY DAVID HAMLETT (01) | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Jermey David Hamlett, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Jermey David Hamlett is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _10_ day of _May_, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE